UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 23-226 (DSD/DTS)

United States of America,

    Plaintiff,

v.                                                                                  **ORDER**

Damien Duwjan Shade,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge David T. Schultz dated May 29, 2024 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 52] is adopted; and

2. The motion to suppress evidence [ECF No. 25] is denied.

Dated: June 13, 2023

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court